UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

DMITRIY SHOUTOV and NATALIA
SHOUTOVA,

               Plaintiffs,

       v.

ANDREA QUARANTILLO, et al.,

           Defendants
-------------------------------------------------------- x

**ECF CASE**

07 Civ. 8403 (JSR)

NOTICE OF APPEARANCE

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
        October 16, 2007

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York

            By:    /s/ _____
                          ROBERT W. YALEN
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Telephone: (212) 637-2722
                          Facsimile: (212) 637-2717
                          Email: robert.yalen@usdoj.gov

To:    Jacqueline I. Meyer, Esq.
        1540 Broadway, 24th Floor
        New York, NY 10036