**United States District Court**
**Southern District of New York**

---

| | |
|---|---|
| SHOUTOV, et al. | ) |
| | ) **Index No.: 07 CIV 8403** |
| | ) |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| QUARANTILLO, et al. | ) |
| | ) |
| | ) |
| **Defendant** | ) |

---

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on OCTOBER 11, 2007 at 2:38 PM at U.S. CITIZENSHIP & IMMIGRATION SERVICE, 26 FEDERAL PLAZA, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF IN THE NATURE OF A MANDAMUS, CIVIL COVER SHEET on ANDREA J. QUARANTILLO therein named.

By delivering thereat a true copy of each to ALICE MONTIEL personally, who stated to be the AUTHORIZED RECIPIENT.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female      Race/Skin: White      Hair: Brown      Glasses: Yes      Approx. Age: 40      Height: 5'6"      Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 10/19/07

Subscribed and sworn to before me, a notary public, on this ____19th____ day of ____October____, 2007.

_____
Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009