**United States District Court**
**Southern District of New York**

---

SHOUTOV, et al.                                     )
                                                    ) **Index No.: 07 CIV 8403**
                                                    )
                                                    )
                       **Plaintiff**                 ) **AFFIDAVIT OF SERVICE**
              v.                                    )
QUARANTILLO, et al.                                 )
                                                    )
                                                    )
                       **Defendant**                 )

---

STATE OF NEW YORK: COUNTY OF NEW YORK         ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on OCTOBER 11, 2007 at 2:38 PM at U.S. CITIZENSHIP & IMMIGRATION SERVICE, 26 FEDERAL PLAZA, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF IN THE NATURE OF A MANDAMUS, CIVIL COVER SHEET on Emilio Gonzalez therein named.

By delivering thereat a true copy of each to ALICE MONTIEL personally, who stated to be the AUTHORIZED RECIPIENT.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female      Race/Skin: White      Hair: Brown      Glasses: Yes      Approx. Age: 40      Height: 5'6"      Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*[signature]*
Teddy Valcin, Lic. #1103442
Target Research LLC                                       Executed on: 10/19/07
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _19th_ day of _October_, 2007.
_[signature]_
Notary Public                  My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

---

**SHOUTOV, et al.**                                                      )
                                                                         ) **Index No.: 07 CIV 8403**
                                                                         )
                                                                         )
                            **Plaintiff**                                ) **AFFIDAVIT OF SERVICE**
                     v.                                                  )
**QUARANTILLO, et al.**                                                  )
                                                                         )
                                                                         )
                            **Defendant**                                )

---

STATE OF NEW YORK: COUNTY OF NEW YORK          ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on OCTOBER 09, 2007 at 2:05 PM at C/O U.S. ATTORNEYS OFFICE, SOUTHERN DISTRICT, 86 CHAMBERS, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF IN THE NATURE OF A MANDAMUS, CIVIL COVER SHEET on EMILIO GONZALEZ therein named.

By delivering thereat a true copy of each to MS. CHARLES personally, who stated to be the AUTHORIZED RECIPIENT for the U.S. Attorney's Office, Southern District of New York.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female       Race/Skin: Black       Hair: Black       Glasses: Yes       Approx.  Age: 35       Height: 5'7"       Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Teddy Valcin_ (signature)                                                                   10/19/07
Teddy Valcin/Lic. #1103442                                                                   Executed on:
Target Research LLC

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____19th_____ day of ___October___, 2007.
_____                My Commission Expires: 3/28/09
Notary Public          CHRISTINA O'SULLIVAN
                NOTARY PUBLIC-STATE OF NEW YORK
                       No. 01OS6124768
                   Qualified in New York County
                Commission Expires March 28, 2009