# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of New York |
|---|---|

**Dmitriy Shoutov and Natalia Shoutova**

    Plaintiff

vs.

**Andrea J. Quarantillo, et al**

    Defendant

Attorney:

Hodgson Russ LLP
Jacqueline Meyer, Esq.
230 Park Avenue
New York, NY. 10169

**Case Number:** 07 CIV 8403

Legal documents received by Target Research Services, Inc. on October 11th, 2007 at 11:30 AM to be served upon **Robert S. Mueller, III, Director, Federal Bureau of Investigation at 935 Pennsylvania Ave., NW, Washington, DC. 20535**

I, Brandon A. Snesko, swear and affirm that on **October 11th, 2007 at 1:15 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Relief in the Nature of a Mandamus; Civil Cover Sheet**, to **Ernest F. Batenga** as **Attorney & Authorized Agent** of the within named agency, to wit: **Federal Bureau of Investigation** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5'7   Weight: 160   Skin Color: Asian   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Target Research Services, Inc.**
20 Vessey St., PH
New York, NY 10007

(212) 227-9600

Internal Job ID: 0000005145

Reference Number: 07-003691

District of Columbia : SS
Subscribed and Sworn to before me
this 12TH day of OCT, 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.