MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2722

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
DMITRIY SHOUTOV and
NATALIA SHOUTOVA,

                       Plaintiffs,

            v.

ANDREA J. QUARANTILLO, et al.,

                       Defendants.
------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-08

ECF Case

07 Civ. 8403 (JSR)

STIPULATION AND ORDER
OF DISMISSAL

     WHEREAS, on September 27, 2007, plaintiffs Dmitriy Shoutov and Natalia Shoutova commenced this action by filing their Complaint for Relief in the Nature of a Mandamus, seeking relief for an alleged failure of U.S. Citizenship and Immigration Services ("USCIS") timely to adjudicate plaintiffs' applications (the "Applications") for lawful permanent residence;

     WHEREAS, on December 7, 2007, USCIS granted the Applications and plaintiffs are awaiting receipt of documents evidencing their permanent resident status;

     NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties appearing in this matter, that:

     (1)    Plaintiffs' claims are dismissed with prejudice, except as provided in paragraph (2) below, and without costs or attorney's fees to any party.

(2) At any time within thirty days of the entry of this stipulation as an Order of the Court, plaintiffs may reopen this case and reinstate their complaint by filing a notice with the Clerk of the Court. Defendants reserve the right, subsequent to such a reopening and reinstatement, to move to dismiss the complaint on any basis, including mootness resulting from USCIS's granting of the Applications.

(3) This stipulation contains the entire agreement between the parties, and no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York  
December 19, 2007

HODGSON RUSS LLP  
*Attorneys for Plaintiff*

By: *[signature]*  
JACQUELINE L. MEYER, ESQ.  
1540 Broadway, 24th Floor  
New York, NY 10036  
Tel: (212) 751-4300  
Fax (212) 751-0928

Dated: New York, New York  
December 19, 2007

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
*Attorney for Defendants*

By: *[signature]*  
ROBERT WILLIAM YALEN  
Assistant United States Attorney  
86 Chambers St., 3rd Floor  
New York, NY 10007  
Tel: (212) 637-2722  
Fax: (212) 637-2687

SO ORDERED.

Dated: New York, New York  
December 20, 2007

*[signature]*  
HON. JED S. RAKOFF  
United States District Judge

-2-